Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:   dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT; and ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS FREDRICKSON (AKA LOUIS W. FREDRICKSON SR. AND LOUIS J. FREDRICKSON SR.),<br><br>Defendant. | CASE NO. 1:08-CV-00589-OWW-SMS<br><br>Honorable Oliver W. Wanger<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO SERVE DEFENDANT** |

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 31, 2008, at 8:15 a.m., be continued to October 30, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to October 27, 2008.

Dated:  July 24, 2008            By:  <u>/s/ OLIVER W. WANGER</u>
                                       Honorable Oliver W. Wanger
                                       United States District Judge

1

PROOF OF SERVICE
Case No. 1:08-cv-00589-OWW-SMS
#38944 v1

PDF created with pdfFactory trial version www.pdffactory.com