UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, et al., ) | 1:08-cv-00589-OWW-SMS |
| ) Plaintiffs, ) | ORDER TO THE CLERK TO SERVE THE |
| v. ) | FINDINGS AND RECOMMENDATIONS RE: |
| ) | PLAINTIFFS' MOTION FOR DEFAULT |
| LOUIS FREDRICKSON, ) | JUDGMENT (DOC. 23) ON DEFENDANT |
| ) | |
| Defendant. ) | ORDER EXTENDING TIME FOR FILING |
| ) | OBJECTIONS TO THE FINDINGS AND |
| ) | RECOMMENDATIONS TO NO LATER THAN |
| | THIRTY DAYS AFTER THE DATE OF |
| | SERVICE OF THIS ORDER |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

On December 3, 2008, the undersigned Magistrate Judge filed findings and recommendations that Plaintiffs' motion for default judgment be granted. However, the findings and recommendations were not served on the Defendant.

Accordingly, it IS ORDERED that the Clerk of the Court serve Defendant with the findings and recommendations by mailing a copy of the document to Defendant Louis Fredrickson at 4696 N. Hughes, Fresno, California 93705.

Further, the time within which Defendant Fredrickson may

1

file objections to the findings and recommendations is extended to no later than thirty days after the date of service of this order.

IT IS SO ORDERED.

Dated:   **January 8, 2009**                             /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE