UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, et al., | ) 1:08-cv-00589-OWW-SMS |
| Plaintiffs, | ) ORDER RE: FINDINGS AND |
| v. | ) RECOMMENDATION RE: PLAINTIFFS' |
| | ) MOTION FOR DEFAULT JUDGMENT |
| LOUIS FREDRICKSON, | ) (DOCS. 15, 23) |
| Defendant. | ) ORDER DIRECTING THE ENTRY OF |
| | ) JUDGMENT FOR PLAINTIFFS AND |
| | ) AGAINST DEFENDANT |

Plaintiffs are proceeding with a civil action in this Court. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. Pending before the Court is Plaintiffs' motion for default judgment, filed on October 13, 2008, against Defendant Louis Fredrickson.

On December 3, 2008, the Magistrate Judge filed findings and a recommendation that Plaintiffs' motion for default judgment against Defendant be granted. The findings and recommendation were served on Defendant on January 9, 2009, at the address at which Defendant Louis Fredrickson had been served with the summons and complaint. They contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party

1

1  has filed any objections.
2       In accordance with the provisions of 28 U.S.C. § 636
3  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist</u>., 708 F.2d
4  452, 454 (9th Cir. 1983), this Court has conducted a de novo
5  review of the case. Having carefully reviewed the entire file,
6  the Court finds that the report and recommendation are supported
7  by the record and proper analysis.
8       Accordingly, IT IS HEREBY ORDERED that:
9       1) The findings and recommendation filed December 3, 2008,
10 are ADOPTED IN FULL; and
11      2) The Clerk IS DIRECTED to enter judgment in favor of
12 Plaintiffs UMG RECORDINGS, INC.; WARNER BROS. RECORDS, INC.;
13 ELEKTRA ENTERTAINMENT GROUP INC.; SONY BMG MUSIC ENTERTAINMENT;
14 and ARISTA RECORDS LLC, and against Defendant LOUIS FREDRICKSON,
15 also known as Louis W. Fredrickson, Sr., and Louis J. Fedrickson,
16 Sr., for statutory damages in the amount of $6,750.00 and costs
17 in the amount of $550.00; and
18      3) The Clerk BE DIRECTED to enter judgment in favor of
19 Plaintiffs and against Defendant LOUIS FREDRICKSON, also known as
20 Louis W. Fredrickson, Sr., and Louis J. Fedrickson, Sr.,
21 enjoining Defendant from directly or indirectly infringing
22 Plaintiffs' rights in the following copyrighted sound recordings:
23 "Barbie Girl," on album "Aquarium," by artist "Aqua" (SR#
24 243-903); "Into the Groove," on album "Like a Virgin," by artist
25 "Madonna" (SR# 59-442); "New Kid In Town," on album "Hotel
26 California," by artist "Eagles" (SR# N38950); "Legs," on album
27 "Eliminator," by artist "ZZ Top" (SR# 45-132); "My Friends Over
28 You," on album "Sticks and Stones," by artist "New Found Glory"

(SR# 308-874); "Kryptonite," on album "The Better Life," by artist "3 Doors Down" (SR# 277-407); "I'm On Fire," on album "Born In The U.S.A.," by artist "Bruce Springsteen" (SR# 55-647); "Hold On," on album "The Young and the Hopeless," by artist "Good Charlotte" (SR# 309-099); "I'm With You," on album "Let Go," by artist "Avril Lavigne" (SR# 312-786); and any copyrighted sound recording, whether now in existence or later created, which is owned or controlled by Plaintiffs ("Plaintiffs' recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' recordings, to distribute (i.e., upload) any of Plaintiffs' recordings, or to make any of Plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs; Defendant also shall destroy all copies of Plaintiffs' recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

IT IS SO ORDERED.

**Dated:   February 17, 2009**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE